MILBERG WEISS BERSHAD
& SCHULMAN LLP
JEFF S. WESTERMAN (94559)
ELIZABETH P. LIN (174664)
KRISTEN McCULLOCH (177558)
355 S. Grand Ave., Suite 4170
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
E-mail: jwesterman@milbergweiss.com
         elin@milbergweiss.com
         kmcculloch@milbergweiss.com

Counsel for RD Partners LLC

**ORIGINAL**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RD PARTNERS LLC, | Case No. 2:05-cv-04240-MRP-VBK |
| Plaintiff, | |
| vs. | NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1) |
| DREAMWORKS ANIMATION SKG INC. ET AL., | |
| Defendant. | DATE ACTION FILED: JUNE 10, 2005 |

DOCS\301607v1

1     PLEASE TAKE NOTICE that Plaintiff RD Partners LLC hereby voluntarily dismisses its action, captioned *RD Partners LLC v. Dreamworks Animation SKG Inc.*, Case No. 2:05-cv-04240-MRP-VBK, without prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1). Defendants have not filed or served an answer nor moved for summary judgment in this action. Plaintiff does not intend by this voluntary dismissal to waive its right to participate and recover as a class member or shareholder in this or any other litigation.

DATED: August 5, 2005

MILBERG WEISS BERSHAD
  & SCHULMAN LLP
JEFF S. WESTERMAN
ELIZABETH P. LIN
KRISTEN McCULLOCH

*/s/ Kristen McCulloch*
KRISTEN McCULLOCH

355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Counsel for RD Partners LLC

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 355 South Grand Avenue, Suite 4170, Los Angeles, California 90071.

2. That on August 5, 2005, declarant served the NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1) by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of August, 2005, at Los Angeles, California.

JENNA RADOMILE

## SERVICE LIST

*RD PARTNERS LLC v. DREAMWORKS ANIMATION SKG*
*Case No. CV-05-4240 MRP-MANx*
August 5, 2005

| | |
|---|---|
| MILBERG WEISS BERSHAD<br>   & SCHULMAN LLP<br>Jeff S. Westerman<br>Elizabeth P. Lin<br>Kristen McCulloch<br>355 S. Grand Ave., Suite 4170<br>Los Angeles, CA 90071-3172<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975 | **Attorneys for Plaintiffs** |

MILBERG WEISS BERSHAD
   & SCHULMAN LLP
Steven G. Schulman
Peter E. Seidman
Andrei Rado
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

LAW OFFICES OF RICHARD B. BRUALDI
Richard B. Brualdi
29 Broadway, Suite 1515
New York, NY 10006
Telephone: (212) 952-0602
Facsimile: (212) 953-0602

LAW OFFICES OF MICHAEL A. SWICK PLLC
Michael A. Swick
One William Street, Suite 555
New York, NY 10004
Telephone: (212) 920-4310
Facsimile: (212) 585-0799

KAHN GAUTHIER LAW GROUP, LLC
Lewis S. Kahn
Eric J. Obell
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

DOCS\291073v1

-3-

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy
Michael M. Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

ABBEY GARDY, LLP
Mark C. Gardy
Nancy Kaboolian
212 East 39th Street
New York, NY 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191

FARUQI & FARUQI
Nadeem Faruqi
320 East 39th Street
New York, NY 10016
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

LIM, RUGER & KIM, LLP
Christopher Kim
Lisa J. Yang
Lorinda D. Franco
1055 W. 7th Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511

SCHIFFRIN & BARROWAY, LLP
Marc A. Topaz
Richard A. Maniskas
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
Patrick J. Coughlin
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
William S. Lerach
Darren J. Robbins
401 B Street, Suite 1600
San Diego, CA 92101-4297
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
Francis M .Gregorek
Betsy C. Manifold
Rachele R. Rickert
Symphony Tower
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

SPECTOR ROSEMAN & KODROFF
Arthur L. Shingler, III
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-4514

CRAVATH SWAINE & MOORE LLP        **Attorneys for Defendants**
Francis P. Barron
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700